299 U.S. 534, 57 S.Ct. 118

### Wilhelmina SUMI, Petitioner, v. Alsie M. YOUNG.

No. 406.

Supreme Court of the United States.
Nov. 9, 1936.

For opinion below, see 83 F.(2d) 752.

Mr. Herman Weinberger, of San Francisco, Cal., for petitioner.

Petition for writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit granted.